THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Vino Antwaan Gill,       
Appellant,
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2003-UP-612
Submitted August 20, 2003  Filed October 
 21, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of 
 Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, all of Columbia;   and Solicitor Thomas E. Pope, 
 of York, for Respondent.
 
 
 

PER CURIAM:  Vino Antwaan Gill appeals from 
 his guilty plea to disturbing schools, arguing his sentence, though technically 
 legal, was unconstitutionally severe.  Gills counsel attached to the brief 
 a petition to be relieved as counsel, stating that she had reviewed the record 
 and concluded this appeal lacks merit.  After a thorough review of the record 
 and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Gills appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.